**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
CHARLES B. RANGEL                   )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 1:13-cv-00540-JDB
                                    )
JOHN BOEHNER, et al.,               )
                                    )
        Defendants.                 )
                                    )
_____)

**[PROPOSED] ORDER**

UPON CONSIDERATION OF Plaintiff's Motion Under FRCP 16 to the end of exploring settlement in this case and controversy, and all papers read in connection with said Motion, it is by this Court this ____ day of _____, 2013 ORDERED that the parties appear at a mutually agreeable time, place and date set by the Court for the purpose of engaging in settlement discussions.

_____
Honorable John D. Bates
U.S. District Judge

1